http://www.va.gov/vetapp16/Files4/1630399.txt

Citation Nr: 1630399 
Decision Date: 07/29/16 Archive Date: 08/04/16

DOCKET NO. 14-00 842 ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs Regional Office in Houston, Texas

THE ISSUE

Entitlement to a rating higher than 10 percent for right knee chondromalacia with arthritis prior to July 5, 2011 and from September 1, 2011. 

REPRESENTATION

Veteran represented by: Texas Veterans Commission

ATTORNEY FOR THE BOARD

M. Mac, Counsel

INTRODUCTION

The Veteran served on active duty from January 1997 to October 2000. 

This matter comes before the Board of Veterans' Appeals (Board) on appeal from a March 2010 rating decision of a Regional Office (RO) of the Department of Veterans Affairs (VA). In a May 2012 rating decision the RO granted a 100 percent rating effective July 5, 2011 based on convalescence for surgery for a right knee patellofemoral replacement. An evaluation of 10 percent was assigned from September 1, 2011. Thus the issue is characterized as reflected on the title page. 

The Veteran was scheduled for a Board hearing in June 2016, however he cancelled his hearing.

FINDING OF FACT

On June 9, 2016, prior to the promulgation of a decision in the appeal, the Board received notification from the Veteran, through his authorized representative, that a withdrawal of this appeal is requested.

CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the Veteran's authorized representative have been met. 38 U.S.C.A. § 7105(b)(2), (d)(5) (West 2014); 38 C.F.R. § 20.204 (2015).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C.A. § 7105 (West 2014). An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204 (2015). Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the Veteran, through his authorized representative, withdrew this appeal in June 2016 and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.

ORDER

The appeal is dismissed.

 
K. MILLIKAN
 Veterans Law Judge, Board of Veterans' Appeals

Department of Veterans Affairs